**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: ENFORCEMENT OF THIRD-PARTY SUBPOENA OF INSIGHT VENTURE MANAGEMENT, LLC d/b/a INSIGHT VENTURE PARTNERS | **ORDER**<br><br>**22-MC-0276 (RA) (JW)** |

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 3, 2022, in connection with a lawsuit pending in the Central District of California (No. 2:21-CV-09552-CAS (SKx)), Plaintiffs filed a petition for an order to show cause why Insight Venture Management, LLC ("Insight Venture") should not produce documents responsive to a subpoena served on Insight Venture (the "Petition") and a motion to seal their memorandum in support of the Petition (the "Motion"). Dkt. Nos. 1-4. It appears that it may be appropriate to transfer the Petition and Motion to the Central District of California pursuant to Federal Rule of Civil Procedure 45(f) to avoid disrupting court management of the underlying litigation.

IT IS HEREBY ORDERED that, by **October 17, 2022**, Plaintiffs shall serve this Order and docket entries 1-4 on Insight Venture and all parties in the Central District of California action and file proof of such service on the docket in this action.

IT IS FURTHER ORDERED that Insight Venture shall, by **October 21, 2022**, file a letter on the docket in this action indicating whether it consents to transfer of the Petition and Motion to the Central District of California. The Court will then

determine, as appropriate, any deadlines to file opposition and reply papers to the Petition and Motion.

    SO ORDERED.

DATED:   New York, New York
               October 12, 2022

                                                    */s/ Jennifer E. Willis*
                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge